IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| HENRY NICKELL and <br> LAURA NICKELL, <br><br> Plaintiffs, <br><br> vs. <br><br> BANK OF AMERICA a/k/a <br> BAC HOME LOANS SERVICING, LP <br> f/k/a COUNTRYWIDE HOME LOANS <br> SERVICING, LP, SUNTRUST BANK, <br> and COMMUNITY MORTGAGE CORP., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) No. 2:11-cv-02006-STA-dkv <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**STIPULATION OF DISMISSAL OF DEFENDANTS WITH PREJUDICE**

Come now Plaintiffs Henry Nickell and Laura Nickell ("Plaintiffs") and Defendants Bank of America, N.A., SunTrust Mortgage, Inc., improperly named as SunTrust Bank, and Community Mortgage Corporation (collectively "Defendants"), by and through their undersigned counsel, and hereby stipulate that Defendants should be and hereby are dismissed from this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own fees and costs, and that the order entered on same be a final, appealable order.  Community Mortgage shall bear any statutory court costs of the Chancery Court of Shelby County, Tennessee from which this action was removed.  The Parties further stipulate that the Court may retain jurisdiction of this matter to determine Plaintiff's Motion for Settlement Conference to Determine Attorneys' Fees for Brewer & Barlow, P.C. and related filings which do not involve Defendants.

       Respectfully submitted,

       s/ Robert F. Tom
       Eugene Podesta (TN #9831)
       Robert F. Tom (TN #26636)
       Shannon Wiley (TN #29452)
       BAKER, DONELSON, BEARMAN,
       CALDWELL & BERKOWITZ, P.C.
       First Tennessee Building
       165 Madison Avenue, Suite 2000
       Memphis, Tennessee  38103
       Telephone: 901.526.2000
       Facsimile: 901.577.0818
       gpodesta@bakerdonelson.com
       rtom@bakerdonelson.com
       swiley@bakerdonelson.com
       *Attorneys for Defendants*
       *Bank of America, N.A. and SunTrust*
       *Mortgage, Inc.*


       s/ Robert McLean
       Robert McLean (TN #6516)
       Farris Bobango Branan, PLC
       999 S. Shady Grove Road, Suite 500
       Memphis, TN 38120
       *Attorney for Defendant Community*
       *Mortgage Corp.*


       s/ TeShaun Moore
       TeShaun Moore (TN # 27816 )
       PO Box 1946
       Cordova, TN 38088
       *Attorney for Plaintiffs Henry and Laura*
       *Nickell*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was filed using the CM/ECF system this 15th day of October, 2012.

                                      s/ Robert F. Tom

M RFT 2340096 v1
2011439-000005  10/15/2012