# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

---

HENRY NICKELL and
LAURA NICKELL,

 Plaintiffs,                               **JUDGMENT IN A CIVIL CASE**

v.

BANK OF AMERICA a/k/a                    CASE NO: 11-2006-STA
BAC HOME LOANS SERVICING, LP
f/k/a COUNTRYWIDE HOME LOANS
SERVICING, LP, SUNTRUST BANK,
and COMMUNITY MORTGAGE CORP.,

    Defendants.

---

DECISION BY COURT. This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that in accordance with the Stipulation of Dismissal of Defendants with Prejudice entered on October 15, 2012, this matter is hereby dismissed with prejudice.

APPROVED:

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| **November 2, 2012** | **Thomas M. Gould** |
| Date | Clerk of Court |

                                                  **s/Terry Haley**
                                                  (By)  Deputy Clerk